## 7653

BURCKHALTER v. ATLANTIC COAST LINE R. R. CO.

1. RULED by case of *Bing* v. *Atlantic Coast Line Railroad Co., ante.*
2. REHEARING refused.

Before GAGE, J., Barnwell, December, 1909.     Affirmed.

Action by D. C. Burckhalter against Atlantic Coast Line Railroad Co.   From judgment for plaintiff, defendant appeals.

*Messrs. Barron, Moore & Barron, Wyman & Wyman,* and *Douglass McKay,* for appellant.

*Messrs. R. C. Holman* and *W. H. Townsend,* contra.

The opinion in this case was filed July 18, 1910, but held up on petition for rehearing until

August 8, 1910.   The opinion of the Court was delivered by

MR. JUSTICE WOODS.   This appeal involves substantially the same questions as the appeal in the case of *Bing* v. *Atlantic Coast Line Railroad Company,* and the judgment of affirmance in that case is conclusive of this.
The judgment of this Court is that the judgment of the Circuit Court be affirmed.

August 8, 1910.   PER CURIAM.   Careful examination of the petition for rehearing does not convince us that there was any material issue arising on the record overlooked or disregarded in the judgment of the Court.
The petition for rehearing is therefore dismissed and the order heretofore granted staying the remittitur revoked.